IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


ZACHARY SMITH

      Plaintiff,

v.                                 CIVIL ACTION NO. 02:12-cv-00095
                                    (Judge Robert Goodwin)

JOSHUA B. MILLER, JOHN
J. MILLER, MYRA MILLER, and
THIS AND THAT BAR & GRILL,
LCC D/B/A UPTOWN GIRLS,

      Defendants.


## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Comes now the Plaintiff, by counsel, pursuant to Rule 41(a)(1)(A)(i) and hereby notices the voluntary dismissal of the above-styled civil action without prejudice.   The opposing parties served have not filed an answer or a motion for summary judgment.


                                    ZACHARY SMITH
                                    (By Counsel)


                                    **/s/  Bert Ketchum**
                                    Bert Ketchum (WVSB# 6618)
                                    GREENE, KETCHUM, BAILEY,
                                    WALKER, FARRELL & TWEEL
                                    419 Eleventh Street
                                    Post Office Box 2389
                                    Huntington, WV   25724
                                    (304) 525-9115
                                    (Co-counsel for Plaintiff)

## IN THE UNITED STATES DISTRICT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

ZACHARY SMITH

    Plaintiff,

v.                                            CIVIL ACTION NO. 02:12-cv-00095
                                                   (Judge Robert Goodwin)

JOSHUA B. MILLER, JOHN
J. MILLER, MYRA MILLER, and
THIS AND THAT BAR & GRILL**,**
LCC D/B/A UPTOWN GIRLS,

    Defendants,

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the **14th** day of **February**, **2012,** he served a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF ACTION** by filing the same with the Clerk of the Court using the CM/ECF system and by sending the same by sending the same in the United States Mail, first class, postage prepaid, upon the following:

        JOSHUA B. MILLER
        JOHN J. MILLER
        MYRA MILLER
        231 CENTRAL AVENUE
        SOUTH WILLIAMSON, KY   41503

        THIS AND THAT BAR &
        GRILL, LLC D/B/A UPTOWN GIRLS
        C/O LEE ANN ADKINS
        P.O. BOX 158
        VERDUNVILLE, WV   25649

        **/s/ Bert Ketchum**
        Bert Ketchum (WVSB# 6618)
        GREENE, KETCHUM, BAILEY,
        WALKER, FARRELL & TWEEL
        419 Eleventh Street
        Post Office Box 2389
        Huntington, WV 25724
        (304) 525-9115
        (Co-counsel for Plaintiff)